```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16466
  LEONA AK
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8749


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/11/07 .

     2.  The case was converted to Chapter 7 without confirmation, 11/15/2007.

     3.  The Debtor paid a total of $   1440.00 .

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST    PRINCIPAL
                                                            PAID        PAID
-----------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG       .00              .00         .00
EDWARD MEDICAL GRP #11 B   UNSECURED      NOT FILED             .00         .00
GEMB                       UNSECURED      NOT FILED             .00         .00
EDWARD HOSPITAL            UNSECURED      NOT FILED             .00         .00
OLYMPIA COLLEGE            UNSECURED      NOT FILED             .00         .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED             .00         .00
ASSET ACCEPTANCE CORP      UNSECURED      NOT FILED             .00         .00
AT&T MOBILITY LLC          UNSECURED      NOT FILED             .00         .00
FIA CARD SERVICES          UNSECURED      NOT FILED             .00         .00
DISCOVER BANK              UNSECURED      NOT FILED             .00         .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED        OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00          .00         .00
PRINCIPAL PAID        .00         .00          .00          .00         .00
INTEREST PAID         .00         .00          .00          .00         .00
TOTAL PAID            .00         .00          .00          .00         .00
The Debtor's attorney, CHARLES R WOLF & ASSOC       , was allowed $      .00
and was paid $        .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $   1440.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 02/12/08                  /S/
                               GLENN STEARNS
```

CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 16466 LEONA AK
```